Cause No. 12-14-00040-CR

| Lawrence Kelvin | § | In The |
| Walker, Jr. | § | |
| Vs. | § | Twelfth Court |
| The State of Texas | § | of Appeals |

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 24 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Motion To Extend Time

To The Honorable Justices Of Said Court:

Now comes Appellant in the above styled & numbered cause, & moves this court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 (d) complying with Rule 10.5 (b) of the Texas Rules of Appellant Procedure, & for good cause shows the following:

1.) This case is on appeal from the 114th Judicial District Court of Smith County, Texas.

2.) The case below was styled State v. Lawrence Kelvin Walker Jr. and numbered 114-1268-13.

3.) Appellant's Pro Se Brief ~~was~~ is due April 23, 2015

4.) Appellant has asked for Atty/Client file to present grounds in the appeal.

A) Appellant sent attorney LaJuanda Lacy a formal request for atty/client file in October, on the 23 day, the year 2014. Lacy never responded. "See Exhibit A" "they have a copy"

B) Appellant sent 114th District Court a requesting letter, asking for the attorney/client file on December 10 or 11, 2014. C) Appellant sent ~~another~~ a motion to compel production & deliver of Attorney/Client file March 24, 2015. They still haven't responded! Appellant has made these request in way more than enough time, and still has not recieved the atty/client file. The discovery & other evidence in the file will prove the various grounds the appellant intends to present in his brief, which he still has not recieved. The atty/client file is very relevant in proving some grounds the appellant intends on presenting in his brief. When the appellant recieves the atty/client file he will need a decent amount of time to view factual grounds for his brief. D) The brief is not ready because of the tardiness

of presenting the Atty/Client file, which has been asked for over 5 months ago.

5.) The appellant is asking for (30)thirty to (60)sixty work days extension of time & the Attorney/Client file, with the time starting after the file is delivered to the appellant. This way the appellant can have fair time & fair evidence to present factual grounds in his brief.

6.) The appellant is an Pro Se Defendant, & prays that this court allows/grants this motion to Extend Time to file Appellant's Pro Se Brief. The Appellant hasn't had the privelage of viewing the full atty/client file, & the little that he did see was momentarily compared to the state. Maybe one (1) day in a half three (3) at max, this is how much the appellant has seen the file & none since the appeal has been filed.

7.) The appellant hopes to have fair tools & time in presenting the appellant's brief.

8.) It is essential that we agree upon a statement of the end value of civil procedure *** the aim of civil procedure is to provide an organized forum for the orderly adjudication of controversies between parties & to provide for such tribunal rules of operation (a) which will develope as completely as possible within the human limitations of the society in which the court operates, a complete knowledge of all facts which created friction; (Rule 1) This will assist in the evaluation of such events from the standpoint of justice & the awarding of such consequences.

9.) Once again the appellant prays that this court grant this motion to Extend Time to file Appellant's Pro Se Brief for a period of (30)thirty to (60)sixty work days after appellant recieves attorney/client file, & for such other & further relief as the court may deem appropiate.

Respectfully Submitted,

Pro Se Defendant: Lawrence K. Walker Jr.
Preston E. Smith Unit
1313 County Rd 19
Lamesa, Tx 79331

## Certificate of Service

This is to certify that on April 20, 2015 a true & correct copy of the above & foregoing document was served to Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Tx 75702, by regular mail.

_Lawrence K. Walker Jr._
Lawrence K. Walker Jr.

LaJuanda Lacy
2419 Cecil Ave
Tyler, TX  75702

( Exhibit A )

October 23, 2014

RE: Request For Attorney/Client File
    State of Texas vs. Lawrence Kelvin Walker, Jr.
    T/C No. 114-1268-13

Dear Ms. Lacy,

This letter is a formal request for my entire and complete attorney/client file in your possession that was greated during your representation in the above styled numbered cause, pursuant to Texas Statute and Court opinions.

An entire and complete attorney/client file, includes, but not limited to:
Any and All...

- Motions filed by either party during this cause, including Court Orders;
- Discovery material and documents received and obtained during cause;
- Documents and notes from defense investigation conducted, including witness statements from any andential witnesses for either party;
- Communications from client, State Attorney, Court, Defense Investigator sent or received during course of this case;
- Research notes generated of facts, circumstances and laws that apply;
- Billing statements, phone logs, electronic messages pertaining to this case; and
- Work product created and generated during course of this case by any member of the defense, includingggiinvestigator, paralegals.

I request that the entire and complete attorney/client file be produced and delivered to me at the address below by November 24, 2014. Failure to deliver said requested file will result in seeking a Court Order to compel production and deliverly and/or complaint with the State Bar of TFexas for the fialure to return property.

Pursuant to Supreme Court of Texas ruling, you may, at your own expense, copy any documents you wish to retain for your records. See IN RE GEORGE, 28 S.W.3d 511 (2000).

Thank you for your time and attention to this request. I await production and delivery of the attorney/client file by the date above.

Sincerely,

the D.A.'s office already has a copy !

Lawrence K. Walker
TDCJ-ID # 1913570
Smith Unit
1313 CR 19
Lamesa, TX  79331

cc: file

( Exhibit A )